**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



John P. Gustafson
United States Bankruptcy Judge

**Dated: April 27 2026**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 3:24bk31994 |
| Kershauna C. Young, | ) | |
| | ) | Chapter 7 |
| Debtor, | ) | |
| | ) | Adversary Proceeding No. 3:25-ap-03015 |
| Kershauna C. Young, | ) | |
| | ) | Judge John P. Gustafson |
| Plaintiff, | ) | |
| v. | ) | **CONSENT JUDGMENT** |
| U.S. Department of Education, | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff, Kershauna C. Young ("Plaintiff"), and the United States Department of Education ("Education" or "Federal Defendant") (collectively the "Parties"), by their undersigned attorneys, agree as follows in this Consent Judgment:

1

1. WHEREAS, on October 16, 2024, Plaintiff filed a voluntary petition in the United States Bankruptcy Court for the Northern District of Ohio for relief under Chapter 7 of the Bankruptcy Code; and

2. WHEREAS, on January 16, 2025, the Court issued an Order of Discharge under 11 U.S.C. § 727 in Plaintiff's Bankruptcy Case; and

3. WHEREAS, on March 25, 2025, Plaintiff filed a complaint ("Complaint") in the instant case to determine the dischargeability of federal student loans issued to her and held by Federal Defendant under loan programs authorized under Title IV of the Higher Education Act of 1965, as amended, (Doc. 1); and

4. WHEREAS, on May 22, 2025, Federal Defendant filed an answer ("Answer"), (Doc. 11); and

5. WHEREAS, the Complaint seeks discharge of Plaintiff's federal student loans pursuant to 11 U.S.C. § 523(a)(8), because repayment would impose an undue hardship; and

6. WHEREAS, Plaintiff submitted to ED an Attestation in Support of Request for Stipulation Conceding Dischargeability of Student Loans ("Attestation"); and

7. WHEREAS, only federal student loan debt incurred by Plaintiff prior to Plaintiff's bankruptcy petition date is potentially eligible for a hardship discharge; and

8. WHEREAS, Plaintiff's federal student loan amounts in this document are based on valuations on approximately April 25, 2025, but current amounts, which may differ due to accruing interest or other factors, will be used for calculating any discharge; and

9. WHEREAS, pursuant to the table, below, Plaintiff has prepetition federal student loan debt, including interest, of approximately $89,428.31 ("Plaintiff's Federal Student Loan Debt"), corresponding to prepetition federal student loans issued to Plaintiff ("Plaintiff's Federal Student Loans"):

2

**Plaintiff's Prepetition Federal Student Loan Debt**
**Considered for Discharge as of 4/25/2025**

| Loan # | Loan Date | Original Loan Amount | Date Entered Repymt | Updated Principal | Updated Interest | Total Due (as of 4/25/25) |
|---|---|---|---|---|---|---|
| 13 | $41,450.00 | $9,109.00 | 6/15/14 | $8,149.70 | $3,230.69 | $11,380.39 |
| 12 | $41,450.00 | $5,500.00 | 6/15/14 | $3,904.91 | $541.22 | $4,446.13 |
| 11 | $41,169.00 | $7,000.00 | 6/15/14 | $8,511.70 | $3,374.25 | $11,885.95 |
| 10 | $41,169.00 | $5,500.00 | 6/15/14 | $5,858.28 | $811.92 | $6,670.20 |
| 9 | $40,886.00 | $6,000.00 | 6/15/14 | $7,780.84 | $3,077.52 | $10,858.36 |
| 8 | $40,798.00 | $4,500.00 | 6/15/14 | $4,735.15 | $654.93 | $5,390.08 |
| 7 | $40,498.00 | $4,000.00 | 6/15/14 | $5,459.07 | $2,159.44 | $7,618.51 |
| 6 | $40,498.00 | $3,500.00 | 6/15/14 | $3,738.40 | $683.13 | $4,421.53 |
| 5 | $40,498.00 | $2,000.00 | 6/15/14 | $2,729.50 | $1,079.60 | $3,809.10 |
| 4 | $39,946.00 | $6,000.00 | 6/15/14 | $9,646.46 | $2,629.33 | $12,275.79 |
| 3 | $39,946.00 | $3,500.00 | 6/15/14 | $3,775.55 | $858.54 | $4,634.09 |
| 2 | $39,716.00 | $3,500.00 | 6/15/14 | $2,567.04 | $621.33 | $3,188.37 |
| 1 | $39,716.00 | $2,000.00 | 6/15/14 | $2,044.18 | $805.63 | $2,849.81 |
| Totals | $0.00 | $0.00 | 0 | $68,900.78 | $20,527.53 | $89,428.31 |

and

10. WHEREAS, ED agrees that Plaintiff's Federal Student Loan Debt and Plaintiff's Federal Student Loans should be discharged under 11 U.S.C. § 523(a)(8) based on the Attestation, information obtained during discovery, and current U.S. Department of Justice and ED guidelines, including the November 17, 2022, Guidance for Department Attorneys Regarding Student Loan Bankruptcy Litigation; and

11. WHEREAS, ED agrees that any accrued interest on Plaintiff's Federal Student Loan Debt should be likewise discharged; and

12. WHEREAS, the Parties desire to amicably resolve the matters at issue in the Adversary Proceeding and, therefore, have agreed to enter into this Consent Judgment; and

13. WHEREAS, each party agrees to bear their own fees and costs of this litigation; and

14. WHEREAS, this adversary proceeding shall be closed as all issues are settled or rendered moot; and

3

15. WHEREAS, jurisdiction of this case is retained to enforce this Judgment, including entering further orders that are necessary to interpret and enforce this Judgment; it is

16. **ORDERED AND ADJUDGED**, that, pursuant to 11 U.S.C. § 523(a)(8), based upon consideration of the Complaint, the stipulations contained herein, applicable guidance, and consent of the Parties, Plaintiff's Federal Student Loan Debt, plus accrued interest, of approximately $89,428.31, corresponding to the full balance of Plaintiff's Federal Student Loans (Loans 1-13), above, is hereby **DISCHARGED.**


Respectfully submitted,


David M. Toepfer
United States Attorney


/s/ G. J. Rojas

Guillermo J. Rojas (#00698820)
Assistant United States Attorney
Four Seagate, Suite 308
Toledo, OH 43604-2624
P: (419) 259-6376; F: (419) 259-6471
Guillermo.Rojas@usdoj.gov
*Attorney for United States Department of Education*

/s/ Kershauna Young

Kershauna C. Young
*Plaintiff*


/s/ Patti Baumgartner-Novak

Patti Baumgartner-Novak
612 S Main Street Heck Bldg #104
Findlay, OH 45840
Phone: (419) 427-2406
PMBN@Buckeye-Express.com
*Attorney for Plaintiff, Kershauna C. Young*

4